**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**FEB 4 2003**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

JOHN A. HUDSON,

    Plaintiff - Appellant,

v.

CORRECTIONS CORPORATION OF
AMERICA; GARLAND JEFFERS,
Warden; FIGUEARO, Deputy Warden;
DEPUTY BRADLEY, Deputy Warden;
DEPUTY DELGADO, Deputy
Warden; DEPUTY AVERY, Deputy
Warden,

    Defendants - Appellees.

No. 02-6140
D.C. No. CIV-00-1606-A
(W.D. Oklahoma)

**ORDER AND JUDGMENT**[*]

Before **KELLY**, **McKAY**, and **MURPHY**, Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of

this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).  The case is

therefore ordered submitted without oral argument.

---

[*]This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata and collateral estoppel.  The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Proceeding *pro se*, Plaintiff John A. Hudson appeals the district court's dismissal of the civil rights complaint he brought against defendants pursuant to 42 U.S.C. § 1983. Upon review of the parties' appellate briefs and *de novo* review of the entire record on appeal, this court **affirms** the district court's dismissal of Hudson's complaint for substantially those reasons set forth in the magistrate judge's report and recommendation dated June 6, 2001 and the district court's orders dated July 20, 2001 and October 11, 2001.

ENTERED FOR THE COURT


Michael R. Murphy
Circuit Judge